# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank National Association, et al., | Case No. 2:17-cv-01899-RFB-CWH |
| Plaintiff, | |
| v. | |
| SFR Investments Pool 1, LLC, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Defendant SFR Investments Pool 1, LLC's motion for demand for security costs (ECF No. 14), filed on August 22, 2017. No response has been filed. Also before the Court is Plaintiff U.S. Bank National Association's motion for bond (ECF No. 19), filed on September 21, 2017. No response has been filed.

Defendant moves, pursuant to Nev. Rev. Stat. 18.130(1), to require Plaintiff to post a $500 security with the Court before any other action is taken in this case. Plaintiff disputes the applicability of Nev. Rev. Stat. 18.130(1) in this case, but nonetheless moves the Court to order such a bond.

IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 14) for demand for security costs is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion for bond (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff U.S. Bank National Association shall post a cost bond with the Court in the amount of $500, or make a cash deposit of $500 as to Defendant within thirty days of this order.

DATED: December 14, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge