Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
　　　　atully@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant SFR Investments Pool 1, LLC, ("SFR"), through its attorneys, the law firm of Kim Gilbert Ebron, hereby stipulate and agree to extend the time for U.S. Bank to respond to SFR's Motion to Dismiss Plaintiff's Complaint [ECF Doc. 22] ("Motion"). The Motion was filed January 22, 2018, and the current deadline for responses to the Motion is February 5, 2018. This is the first

4822-6220-6299

request for an extension of time to respond to the Motion, and the Parties have agreed that the new deadline for U.S. Bank should be February 12, 2018.

WHEREAS, U.S. Bank requires a short extension of time to review the Motion and related documents;

WHEREAS, U.S. Bank requested, and SFR agreed, to extend the time for U.S. Bank to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until February 12, 2018 to respond to the Motion.
2. SFR shall have until February 26, 2018 to reply in support of the Motion.

DATED this 30th day of January, 2018.   DATED this 30th day of January, 2018.

SNELL & WILMER L.L.P.   LAXALT & NOMURA LTD

By: */s/ Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for U.S. Bank National Association*

By: */s/ Diana S. Ebron*
Diana S. Ebron, Esq. (NV Bar No. 10580)
Jacqueline A. Gilbert, Esq. (NV Bar No. 10593)
Karen L. Hanks, Esq. (NV Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Tel: (702) 485-3300

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: January 31, 2018.

4822-6220-6299