Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
atully@swlaw.com

*Attorneys for U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant SFR Investments Pool 1, LLC, ("SFR"), through its attorneys, the law firm of Kim Gilbert Ebron, hereby stipulate and agree to extend the time for U.S. Bank to file a reply in support of its Motion to Stay Discovery [ECF No. 27] ("Motion"). The Motion was filed February 12, 2018, SFR filed its Opposition to U.S. Bank's Motion to Stay Discovery [ECF No. 32] on February 26, 2018

("Opposition"), and the current deadline for a reply in support of the Motion is March 5, 2018. This is the first request for an extension of time to reply in support of the Motion, and the Parties have agreed that the new deadline for U.S. Bank should be March 12, 2018.

WHEREAS, U.S. Bank requires a short extension of time to review the Opposition and related documents;

WHEREAS, U.S. Bank requested, and SFR agreed, to extend the time for U.S. Bank to file its reply in support of the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until March 12, 2018 to file its reply in support of the Motion.

DATED this 2nd day of March, 2018.

SNELL & WILMER L.L.P.

By: */s/ Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for U.S. Bank National Association*

DATED this 2nd day of March, 2018.

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
Diana S. Ebron, Esq. (NV Bar No. 10580)
Jacqueline A. Gilbert, Esq. (NV Bar No. 10593)
Karen L. Hanks, Esq. (NV Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Tel: (702) 485-3300

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 6, 2018