Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
atully@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS:**<br>**(1) RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATIONS' MOTION FOR JUDGMENT ON THE PLEADINGS; AND**<br>**(2) REPLY IN SUPPORT OF ITS COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Southern Highlands Community Association ("Southern Highlands"), through its attorneys, the law firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree to extend the time for U.S. Bank to file its (1) response to **Southern Highlands' Motion for Judgment on the Pleadings [ECF No. 35] ("Motion")**; and (2) reply in support of its **Countermotion for**

1  **Summary Judgment [ECF No. 26] ("Countermotion")**. The Motion was filed February 28, 2018, and the current deadline for U.S. Bank's response to the Motion is March 14, 2018. The Countermotion was filed February 12, 2018, Southern Highlands filed its **Response to Plaintiff's Countermotion for Summary Judgment [ECF No. 38] ("Opposition")** on March 5, 2018, and the current deadline for a reply in support of the Countermotion is March 19, 2018. This is the first request for an extension of time to (1) respond to the Motion, and (2) reply in support of the Countermotion. The Parties have agreed that all deadlines should be extended 30 days, such that the new deadline for (1) U.S. Bank's response to the Motion should be April 13, 2018; (2) Southern Highlands reply is support of the Motion should be May 14, 2018; and (3) U.S. Bank's reply in support of the Countermotion should be April 18, 2018.

WHEREAS, U.S. Bank requires an extension of time to review Southern Highlands' Motion, Opposition, and related documents;

WHEREAS, U.S. Bank requested, and Southern Highlands agreed, to extend the time for U.S. Bank to file its (1) response to the Motion, and (2) reply in support of the Countermotion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until April 13, 2018 to respond to Southern Highland's Motion;

2. Southern Highlands shall have until May 14, 2018 to file a reply in support of that Motion; and

3. U.S. Bank shall have until April 18, 2018 to reply in support of its Countermotion.

DATED this 9th day of March, 2018.　　　　　　DATED this 9th day of March, 2018.

SNELL & WILMER L.L.P.　　　　　　　　　　　ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Adam Tully*　　　　　　　　　　　　　By: */s/ Kurt Bonds*
Robin E. Perkins, Esq. (NV Bar No. 9891)　　　　Kurt R. Bonds, Esq. (NV Bar No. 6228)
Adam Tully, Esq. (NV Bar No. 13601)　　　　　　6605 Grand Montecito Parkway, Ste. 200
3883 Howard Hughes Parkway, Suite 1100　　　　Las Vegas, NV 89149
Las Vegas, Nevada 89169　　　　　　　　　　　Tel: (702) 384-6000
Tel: (702) 784-5200

*Attorneys for U.S. Bank National Association*　*Attorneys for Southern Highlands Community Association*

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: March 12, 2018.

4823-5518-8831

- 3 -