Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
atully@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS:**<br>**(1) RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS; AND**<br>**(2) REPLY IN SUPPORT OF ITS COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Southern Highlands Community Association ("Southern Highlands"), through its attorneys, the law firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree to extend the time for U.S. Bank to file its (1) response to **Southern Highlands' Motion for Judgment on the Pleadings [ECF No. 35] ("Motion")**; and (2) reply in support of its **Countermotion for**

**Summary Judgment [ECF No. 26] ("Countermotion")**. The Motion was filed February 28, 2018, and the initial deadline for U.S. Bank's response to the Motion was March 14, 2018. The Countermotion was filed February 12, 2018, Southern Highlands filed its **Response to Plaintiff's Countermotion for Summary Judgment [ECF No. 38] ("Opposition")** on March 5, 2018, and the initial deadline for a reply in support of the Countermotion was March 19, 2018. This Court granted a Stipulation and Order [ECF No. 44] to extend the time for Plaintiff to file (1) its response to the Motion, such that the U.S. Bank's response to the Motion is currently due April 13, 2018; and (2) its reply in support of the Countermotion, such that the U.S. Bank's reply in support of its Coountermotion is currently due April 18, 2018. The Parties have agreed that all deadlines should be extended 14 days, such that the new deadline for (1) U.S. Bank's response to the Motion should be April 27, 2018; (2) Southern Highlands reply is support of the Motion should be May 28, 2018; and (3) U.S. Bank's reply in support of the Countermotion should be May 2, 2018.

WHEREAS, U.S. Bank and Southern Highlands are exploring alternative avenues for resolving the present dispute;

WHEREAS, U.S. Bank and Southern Highlands require additional time to determine whether their dispute can be resolved outside of litigation;

WHEREAS, U.S. Bank requested, and Southern Highlands agreed, to extend the time for U.S. Bank to file its (1) response to the Motion, and (2) reply in support of the Countermotion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until April 27, 2018 to respond to Southern Highland's Motion;

2. Southern Highlands shall have until May 28, 2018 to file a reply in support of that Motion; and

- 2 -

3. U.S. Bank shall have until May 2, 2018 to reply in support of its Countermotion.

DATED this 12th day of April, 2018.

SNELL & WILMER L.L.P.

By: */s/ Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for U.S. Bank National Association*

DATED this 12th day of April, 2018.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Alex Williams*
Kurt R. Bonds, Esq. (NV Bar No. 6228)
Alex Williams, Esq. (NV Bar No. 14644)
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Tel: (702) 384-6000

*Attorneys for Southern Highlands Community Association*

**ORDER**

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of April, 2018.

4836-0423-9202

- 3 -