Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       atully@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO SFR INVESTMENT POOL 1, LLC'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 56]**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant SFR Investments Pool 1, LLC ("SFR"), through its attorneys, the law firm of Kim Gilbert Ebron, hereby stipulate and agree to extend the time for U.S. Bank to file its Response to SFR's Renewed Motion to Dismiss [ECF No. 56] ("Motion"). The Motion was filed August 23, 2018, and the current deadline for U.S. Bank's Response is September 6, 2018. This is the first request

for an extension of time to respond to the Motion, and the Parties have agreed that the new deadline for U.S. Bank should be September 13, 2018.

WHEREAS, U.S. Bank requires a short extension of time to review the Motion and related documents;

WHEREAS, U.S. Bank requested, and SFR agreed, to extend the time for U.S. Bank to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until September 13, 2018 to respond to the Motion.
2. SFR shall have until September 27, 2018 to reply in support of the Motion.

DATED this 4th day of September, 2018.     DATED this 4th day of September, 2018.

SNELL & WILMER L.L.P.     KIM GILBERT EBRON

By: */s/ Adam Tully*     By: */s/ Diana S. Ebron*
Robin E. Perkins, Esq. (NV Bar No. 9891)     Diana S. Ebron, Esq. (NV Bar No. 10580)
Adam Tully, Esq. (NV Bar No. 13601)     Jacqueline A. Gilbert, Esq. (NV Bar No. 10593)
3883 Howard Hughes Parkway, Suite 1100     Karen L. Hanks, Esq. (NV Bar No. 9578)
Las Vegas, Nevada 89169     7625 Dean Martin Drive, Suite 110
Tel: (702) 784-5200     Las Vegas, NV 89139
    Tel: (702) 485-3300

*Attorneys for U.S. Bank National Association*     *Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of September, 2018.

4823-2560-6001

- 2 -