1  Robin E. Perkins, Esq. (NV Bar No. 9891)
   Adam Tully, Esq. (NV Bar No. 13601)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: rperkins@swlaw.com
5        atully@swlaw.com

6  *Attorneys for U.S. Bank National*
   *Association*

7

8                **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11  U.S. BANK NATIONAL ASSOCIATION, AS
    TRUSTEE FOR CREDIT SUISSE FIRST          Case No. 2:17-cv-01899-RFB-CWH
12  BOSTON MORTGAGE SECURITIES CORP.,
    CSMC MORTGAGE-BACKED PASS-               **STIPULATION AND ORDER TO**
13  THROUGH CERTIFICATES, SERIES 2006-       **EXTEND TIME FOR PLAINTIFF TO**
    7;                                       **FILE ITS RESPONSE TO SOUTHERN**
14                                           **HIGHLANDS COMMUNITY**
                   Plaintiff,                **ASSOCIATIONS' RENEWED MOTION**
15                                           **FOR JUDGMENT ON THE**
    vs.                                      **PLEADINGS**
16
    SFR INVESTMENTS POOL 1, LLC, a           **(FIRST REQUEST)**
17  Nevada limited-liability company;
    SOUTHERN HIGHLANDS COMMUNITY
18  ASSOCIATION, a Nevada non-profit
    corporation; ALESSI & KOENIG, LLC, a
19  Nevada limited-liability company;

20                 Defendants.

21         Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston

22  Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7

23  ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant

24  Southern Highlands Community Association ("Southern Highlands"), through its attorneys, the

25  law firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree to extend the time

26  for U.S. Bank to file its response to Southern Highlands' Renewed Motion for Judgment on the

27  Pleadings [ECF No. 58] ("Motion"). The Motion was filed September 4, 2018, and the current

28

deadline for U.S. Bank's response to the Motion is September 18, 2018. This is the first request for an extension of time to respond to the Motion. The Parties have agreed that the deadline to respond to the Motion should be extended 14 days, such that the new deadline for U.S. Bank's response to the Motion should be October 2, 2018, and Southern Highlands' reply is support of the Motion should be October 16, 2018.

WHEREAS, U.S. Bank and Southern Highlands are exploring alternative avenues for resolving the present dispute;

WHEREAS, U.S. Bank and Southern Highlands require additional time to determine whether their dispute can be resolved outside of litigation;

WHEREAS, U.S. Bank requested, and Southern Highlands agreed, to extend the time for U.S. Bank to file its response to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until October 2, 2018 to respond to Southern Highland's Motion;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.      Southern Highlands shall have until October 16, 2018 to file a reply in support of that Motion;

DATED this 17th day of September, 2018.          DATED this 17th day of September, 2018.

SNELL & WILMER L.L.P.                             ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Adam Tully*                             By: */s/ Alex Williams*
Robin E. Perkins, Esq. (NV Bar No. 9891)         Kurt R. Bonds, Esq. (NV Bar No. 6228)
Adam Tully, Esq. (NV Bar No. 13601)              Alex Williams, Esq. (NV Bar No. 14644)
3883 Howard Hughes Parkway, Suite 1100           6605 Grand Montecito Parkway, Ste. 200
Las Vegas, Nevada 89169                          Las Vegas, NV 89149
Tel: (702) 784-5200                              Tel: (702) 384-6000

*Attorneys for U.S. Bank National Association*   *Attorneys for Southern Highlands Community Association*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   19th day of September, 2018.

4829-1041-5731

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200