Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
        atully@swlaw.com

*Attorneys for U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATIONS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Southern Highlands Community Association ("Southern Highlands"), through its attorneys, the law firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree to extend the time for U.S. Bank to file its response to Southern Highlands' Renewed Motion for Judgment on the Pleadings [ECF No. 58] ("Motion"). The Motion was filed September 4, 2018, and the initial

deadline for U.S. Bank's response to the Motion is September 18, 2018. This is the second request for an extension of time to respond to the Motion. On September 19, 2018, this Court granted a Stipulation and Order [ECF No. 65] to extend the time for Plaintiff to file its response to the Motion to October 2, 2018, with any reply due on October 16, 2018. The Parties have agreed that the deadline to respond to the Motion should be extended 14 days, such that the new deadline for U.S. Bank's response to the Motion should be October 16, 2018, and Southern Highlands' reply is support of the Motion should be October 30, 2018.

WHEREAS, U.S. Bank and Southern Highlands are continuing to explore alternative avenues for resolving the present dispute;

WHEREAS, U.S. Bank and Southern Highlands require additional time to determine whether their dispute can be resolved outside of litigation;

WHEREAS, U.S. Bank requested, and Southern Highlands agreed, to extend the time for U.S. Bank to file its response to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until October 16, 2018 to respond to Southern Highland's Motion;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1       2.      Southern Highlands shall have until October 30, 2018 to file a reply in support of

2 that Motion;

3

4 DATED this 1st day of October 2018.      DATED this 1st day of October 2018.

5 SNELL & WILMER L.L.P.      ALVERSON, TAYLOR, MORTENSEN & SANDERS

6

7 By: */s/ Adam Tully*      By: */s/ Alex Williams*

8 Robin E. Perkins, Esq. (NV Bar No. 9891)  Kurt R. Bonds, Esq. (NV Bar No. 6228)
Adam Tully, Esq. (NV Bar No. 13601)    Alex Williams, Esq. (NV Bar No. 14644)

9 3883 Howard Hughes Parkway, Suite 1100  6605 Grand Montecito Parkway, Ste. 200
Las Vegas, Nevada 89169        Las Vegas, NV 89149

10 Tel: (702) 784-5200          Tel: (702) 384-6000

11 *Attorneys for U.S. Bank National Association*  *Attorneys for Southern Highlands Community Association*

12

13 **ORDER**

14

15 **IT IS SO ORDERED.**

16

17 _____
RICHARD F. BOULWARE, II

18 United States District Judge

19 4819-1627-3781      DATED: <u>October 2, 2018</u>.

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200