Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
atully@swlaw.com

*Attorneys for U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATIONS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(THIRD REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 ("U.S. Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Southern Highlands Community Association ("Southern Highlands"), through its attorneys, the law firm of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree to extend the time for U.S. Bank to file its response to Southern Highlands' Renewed Motion for Judgment on the Pleadings [ECF No. 58] ("Motion"). The Motion was filed September 4, 2018, and the initial

deadline for U.S. Bank's response to the Motion is September 18, 2018. This is the third request for an extension of time to respond to the Motion. On September 19, 2018, this Court granted the Parties' first Stipulation and Order [ECF No. 65] to extend the time for Plaintiff to file its response to the Motion, making Plaintiff's response due October 2, 2018, with any reply due on October 16, 2018. On October 2, 2018, this Court granted the Parties' second Stipulation and Order [ECF No. 70] to extend the time for Plaintiff to file its response to the Motion, making Plaintiff's response due October 16, 2018, with any reply due on October 30, 2018. The Parties have agreed that the deadline to respond to the Motion should be extended 28 days, such that U.S. Bank's response to the Motion should be due November 13, 2018, and Southern Highlands' reply is support of the Motion should be due November 27, 2018.

WHEREAS, U.S. Bank and Southern Highlands are continuing to explore alternative avenues for resolving the present dispute;

WHEREAS, U.S. Bank and Southern Highlands require additional time to determine whether their dispute can be resolved outside of litigation;

WHEREAS, U.S. Bank requested, and Southern Highlands agreed, to extend the time for U.S. Bank to file its response to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. U.S. Bank shall have until November 13, 2018 to respond to Southern Highland's Motion;

///
///
///
///
///
///
///

2. Southern Highlands shall have until November 27, 2018 to file a reply in support of that Motion;

DATED this 15th day of October, 2018.

SNELL & WILMER L.L.P.

By: /s/ *Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for U.S. Bank National Association*

DATED this 15th day of October, 2018.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: /s/ *Alex Williams*
Kurt R. Bonds, Esq. (NV Bar No. 6228)
Alex Williams, Esq. (NV Bar No. 14644)
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Tel: (702) 384-6000

*Attorneys for Southern Highlands Community Association*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: October 17, 2018.

4813-8333-1960

- 3 -