Robin E. Perkins, Esq. (NV Bar No. 9891)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       jmcbee@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 79, 81]**<br><br>**(FIRST REQUEST)** |

Plaintiff, U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7's ("U.S. Bank") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their attorneys of record, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and LR 7-1, extending the briefing schedule for (1) SFR to respond to U.S. Bank's Motion for Summary Judgment, filed on November 26, 2018 [ECF No. 79], and (2) U.S. Bank to respond to SFR's Motion for Summary Judgment, filed on November 27, 2018 [ECF No. 81] (the "Motions"). SFR's current deadline to respond to U.S. Bank's Motion for Summary

4843-6182-1825

Judgment is December 17, 2018. U.S. Bank's current deadline to respond to SFR's Motion for Summary Judgment is December 18, 2018.

For the convenience of the Parties and to address the rapidly evolving law, the Parties stipulate and agree to extend the briefing schedule and the timing for oppositions and replies to the Motions. The Parties further stipulate and agree that discovery remains closed.

The Parties request the Court extend the deadline for oppositions to the Motions to **January 25, 2019**, and the deadline for replies in support of the Motions to **February 15, 2019**. This is the Parties' first extension request and is made prior to the current deadline to file oppositions. This stipulated extension request is made for the benefit and convenience of the Parties, is sought in good faith, and is not made for the purpose of delay.

DATED this 17th day of December 2018.

KIM GILBERT EBRON

 /s/ Diana S. Ebron
Diana S. Ebron (NV Bar No. 10580)
Jacqueline A. Gilbert (NV Bar No. 10593)
Karen L. Hanks (NV Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorney for Defendant SFR Investments Pool 1, LLC*

DATED this 17th day of December 2018.

SNELL & WILMER L.L.P.

 /s/ Jennifer L. McBee
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for U.S. Bank National Association*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of December, 2018.

- 2 -

4843-6182-1825

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 17, 2018

/s/ Jill Math
An Employee of Snell & Wilmer L.L.P.

4843-6182-1825