Robin E. Perkins, Esq. (NV Bar No. 9891)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       jmcbee@swlaw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 79, 81]**<br><br>**(SECOND REQUEST)** |

Plaintiff, U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7's ("U.S. Bank") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their attorneys of record, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and LR 7-1, extending the briefing schedule for oppositions and replies to U.S. Bank's Motion for Summary Judgment, filed on November 26, 2018 [ECF No. 79], and (2) SFR's Motion for Summary Judgment, filed on November 27, 2018 [ECF No. 81] (the "Motions"). The current deadline to oppose the Motions is January 25, 2019 and the current

4826-5927-7445

deadline to reply in support of the Motions is February 15, 2019. This is the Parties' second extension request and is made prior to the current deadline to file oppositions.

Counsel for U.S. Bank, Robin E. Perkins and Jennifer L. McBee, will be in trial during the time period of the current briefing deadlines, and therefore, U.S. Bank wishes to extend the briefing schedule by two weeks. Counsel for SFR is agreeable to this extension request. The Parties further stipulate and agree that discovery remains closed.

Therefore, the Parties request the Court extend the deadline for oppositions to the Motions to **February 8, 2019**, and the deadline for replies in support of the Motions to **March 1, 2019**. This stipulated extension request is made for the benefit and convenience of the Parties, is sought in good faith, and is not made for the purpose of delay.

DATED this 7th day of January 2019.

KIM GILBERT EBRON

 /s/ Diana S. Ebron
Diana S. Ebron (NV Bar No. 10580)
Jacqueline A. Gilbert (NV Bar No. 10593)
Karen L. Hanks (NV Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorney for Defendant SFR Investments Pool 1, LLC*

DATED this 7th day of January 2019.

SNELL & WILMER L.L.P.

 /s/ Jennifer L. McBee
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for U.S. Bank National Association*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of January, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: January 7, 2019.

_____
An Employee of Snell & Wilmer L.L.P.

4826-5927-7445