Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7's ("U.S. Bank") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"[1]), by and through their attorneys of record, hereby move jointly to extend the deadline to file a Stipulation for Dismissal of Wells Fargo an additional (30) thirty days, based on the following:

---

[1] On February 1, 2010, Southern Highlands Community Association was dismissed from this action with prejudice [ECF No. 88.] Alessi & Koenig, LLC has not yet made an appearance in this action. As such, U.S. Bank and SFR are the only signatories to this joint motion.

4841-5921-1925

1. On February 14, 2019, the Parties filed a Notice of Settlement [ECF No. 90]; and

2. On February 19, 2019, the Court entered a Minute Order in Chambers, ordering the Parties to submit a stipulation to dismiss the claims between the Parties by April 22, 2019 [ECF No. 78.]

3. The Parties are currently taking steps to complete all required settlement terms.

4. The Parties request an extension of thirty (30) days to file a Stipulation for Dismissal with Prejudice to allow sufficient time to fully perform the settlement terms, up to and including **May 22, 2019**.

DATED this 24th day of April 2019.                DATED this 24th day of April 2019.

KIM GILBERT EBRON                                  SNELL & WILMER L.L.P.

  /s/ Diana S. Ebron (used with permission)         /s/ Jennifer L. McBee
Diana S. Ebron (NV Bar No. 10580)                  Kelly H. Dove (NV Bar No. 10569)
Jacqueline A. Gilbert (NV Bar No. 10593)           Jennifer L. McBee (NV Bar No. 9110)
Karen L. Hanks (NV Bar No. 9578)                   3883 Howard Hughes Parkway, Suite 1100
7625 Dean Martin Drive, Suite 110                  Las Vegas, NV 89169
Las Vegas, Nevada 89139-5974                       Telephone: (702) 784-5200
Telephone: (702) 485-3300                          Facsimile: (702) 784-5252
Facsimile: (702) 485-3301
                                                   *Attorneys for U.S. Bank National Association*
*Attorney for Defendant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 24, 2019

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

4841-5921-1925