Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7's ("U.S. Bank") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"[1]), by and through their attorneys of record, hereby stipulate as follows:

---

[1] On February 1, 2010, Southern Highlands Community Association was dismissed from this action with prejudice [ECF No. 88.] Alessi & Koenig, LLC has not yet made an appearance in this action. As such, U.S. Bank and SFR are the only remaining parties to this action.

4822-5055-8602

1. This entire action shall be dismissed with prejudice, including all remaining claims, counter-claims, and causes of action asserted herein;

2. The Notice of Lis Pendens recorded against the real property located at 4618 Treto Avenue, Las Vegas, Nevada 89141, APN 177-31-115-030 on or about July 13, 2017, as Instrument No. 20170713-0001632, shall be cancelled and expunged of record; and

3. Each party shall bear their own attorney's fees and costs.

DATED this 24th day of April 2019.   DATED this 24th day of April 2019.

KIM GILBERT EBRON   SNELL & WILMER L.L.P.

/s/ Diana S. Ebron (used with permission)   /s/ Jennifer L. McBee
Diana S. Ebron (NV Bar No. 10580)   Kelly H. Dove (NV Bar No. 10569)
Jacqueline A. Gilbert (NV Bar No. 10593)   Jennifer L. McBee (NV Bar No. 9110)
Karen L. Hanks (NV Bar No. 9578)   3883 Howard Hughes Parkway, Suite 1100
7625 Dean Martin Drive, Suite 110   Las Vegas, NV 89169
Las Vegas, Nevada 89139-5974   Telephone: (702) 784-5200
Telephone: (702) 485-3300   Facsimile: (702) 784-5252
Facsimile: (702) 485-3301

*Attorney for Defendant SFR Investments Pool 1, LLC*   *Attorneys for U.S. Bank National Association*

## ORDER

The Court, having reviewed the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned and numbered matter is dismissed with prejudice;

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded against the real property located at 4618 Treto Avenue, Las Vegas, Nevada 89141, APN 177-31-115-030 on or about July 13, 2017, as Instrument No. 20170713-0001632, shall be cancelled and expunged of record; and

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 24, 2019

_/s/ Jill Math_
An Employee of Snell & Wilmer L.L.P.

4822-5055-8602