<pre>
                          UNITED STATES DISTRICT COURT

                                 DISTRICT OF NEVADA

                                        * * *
</pre>

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECRUITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, ALESSI & KOENIG, LLC<br><br>Defendants. | Case No. 2:17-cv-01899-RFB-CWH<br><br>**SECOND AMENDED ORDER** |

Plaintiff U.S. Bank National Association opened this case by filing a complaint on July 11, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on January 12, 2018. ECF No.21. The Court granted the parties' stipulation to dismiss the case with prejudice on April 25, 2019. ECF No. 95, (Order Granting Dismissal). However, the order did not address the certificate of cash deposit, noticing the Court of Plaintiff's deposit of $500 in relation to the security cost bond required under NRS 18.130(1). The Court now corrects its Order to include instructions regarding the $500 deposit.

. / / /

/ / /

/ / /

1     **IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 21, to:

    U.S. Bank National Association c/o Snell &Wilmer, LLP

    3883 Howard Hughes Parkway, Suite 1100

    Las Vegas, NV 89169

unless a party objects to this order by no later than 10 days.

    **DATED:** <u>August 23, 2019</u>.

    _____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**